## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON TRUCKING COMPANY, a Michigan corporation,<br><br>Defendant. | Case No. 13 C 4288<br><br>Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Geraldine Soat Brown |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs, the Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., one of its trustees (collectively, the "Pension Fund"), hereby move this Court for entry of a Consent Judgment. In support of this Motion, the Pension Fund states as follows:

1. The Pension Fund filed this action on June 10, 2013, seeking to collect withdrawal liability from the Defendant Jefferson Trucking Company ("Jefferson Trucking"), which effected a complete withdrawal from the Pension Fund pursuant to 29 U.S.C. § 1383.

2. Jefferson Trucking filed its Answer to the Pension Fund's Complaint on July 18, 2013.

3. The parties have now agreed to the terms of a Consent Judgment.

WHEREFORE, the parties respectfully request that this Court enter the Consent Judgment, which is attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ with consent of James J. Tragos | /s/ Brad R. Berliner |
| James J. Tragos | Brad R. Berliner (ARDC #06228837) |
| Counsel for Defendant | Associate General Counsel |
| Mack Law Group, PC | Central States, Southeast and |
| 20 South Clark Street, Suite 500 | Southwest Areas Pension Fund |
| Chicago, IL 60603 | 9377 West Higgins Road |
| (312) 676-1100 | Rosemont, Illinois 60018-4938 |
| jtragos@macklawyers.com | (847) 518-9800, Extension 3443 |
| | bberline@centralstatesfunds.org |
| Counsel for Defendant | Counsel for Plaintiffs |

## **CERTIFICATE OF SERVICE**

I, Brad R. Berliner, one of the attorneys for the Pension Fund, certify that on October 21, 2013, I served the foregoing Agreed Motion for Entry of Consent Judgment on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

October 21, 2013
/s/ Brad R. Berliner
Brad R. Berliner (ARDC #06228837)
Associate General Counsel
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Extension 3443
bberliner@centralstatesfunds.org

TM:519195 / 12419176 / 10/21/13