# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON TRUCKING COMPANY, a Michigan corporation, <br><br> Defendant. | Case No. 13 C 4288 <br><br> Judge Robert M. Dow, Jr. <br><br> Magistrate Judge Geraldine Soat Brown |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, the Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., one of its trustees (collectively, the "Pension Fund"), hereby move this Court for entry of a Consent Judgment. In support of this Motion, the Pension Fund states as follows:

1. The Pension Fund filed this action on June 10, 2013, seeking to collect withdrawal liability from the Defendant Jefferson Trucking Company ("Jefferson Trucking"), which effected a complete withdrawal from the Pension Fund pursuant to 29 U.S.C. § 1383.

2. Jefferson Trucking filed its Answer to the Pension Fund's Complaint on July 18, 2013.

3. The parties have now agreed to the terms of a Consent Judgment.

WHEREFORE, the parties respectfully request that this Court enter the Consent Judgment, which is attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| */s/ with consent of James J. Tragos* | */s/ Brad R. Berliner* |
| James J. Tragos | Brad R. Berliner (ARDC #06228837) |
| Counsel for Defendant | Associate General Counsel |
| Mack Law Group, PC | Central States, Southeast and |
| 20 South Clark Street, Suite 500 | Southwest Areas Pension Fund |
| Chicago, IL 60603 | 9377 West Higgins Road |
| (312) 676-1100 | Rosemont, Illinois 60018-4938 |
| jtragos@macklawyers.com | (847) 518-9800, Extension 3443 |
| | bberline@centralstatesfunds.org |
| Counsel for Defendant | Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

I, Brad R. Berliner, one of the attorneys for the Pension Fund, certify that on October 21, 2013, I served the foregoing Agreed Motion for Entry of Consent Judgment on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

October 21, 2013
                                      /s/ Brad R. Berliner
Brad R. Berliner (ARDC #06228837)
Associate General Counsel
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Extension 3443
bberliner@centralstatesfunds.org